# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RONALD E. COOKS,** | : | CIVIL ACTION NO. 1:21-CV-161 |
| | : | |
| Petitioner | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **E. BRADLEY,** | : | |
| | : | |
| Respondent | : | |

## **ORDER**

AND NOW, this 5th day of May, 2021, upon consideration of the petition for writ of habeas corpus, and for the reasons set forth in the court's Memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DISMISSED.

2. Petitioner's application (Doc. 2) for leave to proceed *in forma pauperis* is GRANTED for the sole purpose of the filing of this action.

3. The motion (Doc. 3) for appointment of counsel is DISMISSED.

4. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania